SEARCHING BEAR MARTIN
FULL NAME

RICHARD BRIAN MARTIN
COMMITTED NAME (if different)

CSP - LAC C-1-146 LOW
FULL ADDRESS INCLUDING NAME OF INSTITUTION

P.O. BOX 4610 LANCASTER, CA 93539

# T 99147
PRISON NUMBER (if applicable)

**FILED**
**CLERK, U.S. DISTRICT COURT**

12/14/2020

**CENTRAL DISTRICT OF CALIFORNIA**
**BY:** DTA **DEPUTY**

FEE DUE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SEARCHING BEAR MARTIN (A.K.A. RICHARD BRIAN MARTIN)

PLAINTIFF,

v.

RAYBON C. JOHNSON, ERIKA LAKE

DEFENDANT(S).

CASE NUMBER 2:20-cv-11342-SB-SHK
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? ____________

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff ______

Defendants ______

b. Court ______

c. Docket or case number ______

d. Name of judge to whom case was assigned ______

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ______

f. Issues raised: ______

g. Approximate date of filing lawsuit: ______

h. Approximate date of disposition ______

**B. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not ______

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not I HAVE FILED NUMEROUS GRIEVANCES IN RELATION'S TO THE ISSUE(S) IN THIS COMPLAINT - TO NO AVAIL!

4. Please attach copies of papers related to the grievance procedure. N/A

**C. JURISDICTION**

This complaint alleges that the civil rights of plaintiff SEARCHING BEAR MARTIN (AKA. RICHARD BRIAN MARTIN)
(print plaintiff's name)

who presently resides at CSP-LAC C-1-146 LOW P.O. BOX 4610 LANCASTER, CA 93539,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

RAYBON C. JOHNSON, ERIKA LAKE - AT CSP-LAC LANCASTER, CA.
(institution/city where violation occurred)

on (date or dates) 8/19/2016 – PRESENT (Claim I), ______ (Claim II), ______ (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant RAYBON C. JOHNSON (full name of first defendant) resides or works at
   CSP-LAC 44750 60TH St. WEST LANCASTER, CA 93536 (full address of first defendant)
   WARDEN (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   HE IS EMPLOYED AS THE WARDEN, AT CSP-LAC, AND DIRECTLY RESPONSIBLE FOR ALL CUSTODY STAFF UNDER THE EMPLOY OF C.D.C.R. @ CSP-LAC.

2. Defendant ERIKA VAKE (full name of first defendant) resides or works at
   CSP-LAC 44750 60TH St. WEST LANCASTER, CA 93536 (full address of first defendant)
   COMMUNITY RESOURCE MANAGER (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   SHE IS EMPLOYED AS THE COMMUNITY RESOURCE MANAGER, AT CSP-LAC, AND DIRECTLY IN CHARGE OF ALL SPIRITUAL/RELIGIOUS GROUP'S/PROGRAM'S, AND THE CHAPLAIN/ADVISOR'S.

3. Defendant ______ (full name of first defendant) resides or works at
   ______ (full address of first defendant)
   ______ (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

5. Defendant ______________________________ resides or works at

(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

MY RIGHT AND ABILITY TO FREELY, AND TRADITIONALLY (APPROPRIATELY) PRACTICE MY SPIRITUALITY AS A NATIVE AMERICAN WHO IS A; SUNDANCER, PIPE CARRIER, BEAR DANCER, SINGER, DANCER, AND CEREMONY LEADER. ACCESS TO CEREMONIAL GROUND'S, CEREMONY, TRADITIONAL MEDICINE'S (HERB'S), TRADITIONAL ITEM(S) - I.E. DRUM, RATTLE, PIPE, VARIOUS NATURAL ANIMAL PART(S) (FEATHER'S, SKULL'S, BONE'S, ETC.), HAS BEEN DENIED ME ON A MULTITUDE OF OCCASSION'S. SPIRITUAL/RELIGIOUS ITEM(S) IN MY POSSESSION HAVE BEEN DESCICRATED, DAMAGED, AND STOLEN. ALL ATTEMPT'S TO TRY TO ADDRESS ISSUES/CONCERN'S ABOUT ANY & ALL THING'S RELATING TO NATIVE AMERICAN PRACTICE'S HAVE BEEN BLATANTLY AND DELIBERATELY IGNORED/NEGLECTED. I HAVE NEVER HAD ACCESS TO ANY SPIRITUAL ADVISOR, OR NATIVE/TRIBAL VOLUNTEER (SINCE I ARRIVED @ CSP-LAC, ON 8/19/2016). ON THE RARE OCCASSION I HAVE HAD ACCESS TO CEREMONY AND TRADITIONAL ITEM(S) IT HAS BEEN UNDER EXTREMELY RESTRICTIVE MEAN'S, EVEN TO THE POINT WHERE APPROVED VENDOR'S/ORGANIZATION'S NO LONGER WANT TO ASSIST NATIVE INMATE'S HERE @ CSP-LAC, BECAUSE OF THE WAY THEY HAVE BEEN TREATED BY ERIKA LAKE, AND RAYBON C. JOHNSON.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) ERIKA LAKE HAS DENIED THE NATIVE (AMI) POPULATION ACCESS TO CEREMONY GROUND'S, CEREMONY, SACRED TRADITIONAL ITEM'S.

2) ERIKA LAKE, HAS UPSET THE NATIVE COMMUNITIES/ORGANIZATION'S TO THE POINT WHERE THEY NO LONGER WANT TO ASSIST US, BECAUSE OF HOW THEY HAVE BEEN TREATED BY ERIKA LAKE.

3) ERIKA LAKE REFUSES TO HIRE A NATIVE AMERICAN SPIRITUAL ADVISOR, OR EVEN ALLOW NATIVE VOLUNTEER'S TO COME IN TO ASSIST THE NATIVE (AMI) POPULATION.

4) ERIKA LAKE REFUSES TO MEET WITH THE NATIVE (AMI) POPULATION, TO ADDRESS OUR ISSUE'S/CONCERN'S, OR EVEN RESPOND TO "REQUEST'S FOR INTERVIEW'S", OR 602'S. * THE ONE TIME SHE DID MEET WITH US, SHE INFORMED US, THAT "SHE DOES NOT CARE WHAT IS GOING ON WITH THE NATIVE (AMI) POPULATION"!

1) RAYBON C. JOHNSON, HAS BEEN MADE AWARE OF THE ISSUE(S)/PROBLEM(S) THE NATIVE (AMI) POPULATION HAVE BEEN HAVING - ESPECIALLY WITH ERIKA LAKE, AND HAS CHOSE TO DO NOTHING! AS THE WARDEN OF CSP-LAC, HE IS RESPONSIBLE FOR ALL OF THE EMPLOYEE'S, AND THIER ACTIONS), HE HAS ALLOWED THIS DELIBERATE, CRUEL & UNUSUAL PUNISHMENT TO BE BESTOWED ON THE NATIVE (AMI) POPULATION!

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

COMPENSATION FOR THE PUNITIVE DAMAGE(S) THAT I'VE SUFFERED OVER THE LAST FOUR PLUS YEAR'S AT THE HAND'S OF ERIKA LAKE, AND RAYBON JOHNSON.

I AM RESPECTFULLY REQUESTING THE FOLLOWING;

1) THE IMMEDIATE REMOVAL OF RAYBON C. JOHNSON, AND ERIKA LAKE.

2) THE HIRING OF A NEW WARDEN AND COMMUNITY RESOURCE MANAGER, WHO ARE BOTH ABLE AND WILLING TO DO THIER JOB'S, IN THIER FULL CAPACITIES.

3) THE IMMEDIATE HIRING OF A NATIVE AMERICAN SPIRITUAL ADVISOR.

4) ACCESS TO NATIVE AMERICAN CEREMONY GROUND'S.

5) REGULARLY SCHEDULED CEREMONIES.

6) REGULARLY ACCESS TO SACRED, TRADITIONAL ITEM(S) - AND THE ABILITY TO OBTAIN & POSSESS SAID ITEM(S).

7) THE IMMEDIATE REMOVAL/ABOLISHMENT OF THE "RELIGIOUS PERSONAL PROPERTY MATRIX" (R.P.P.M.) AS IT MAKE'S IT IMPOSSIBLE FOR THE NATIVE (AMI) POPULATION TO PROPERLY (TRADITIONALLY) PRACTICE OUR SPIRITUAL WAY'S - BOTH PERSONALLY, AND AS A COMMUNITY.

8) THE DEVELOPEMENT OF SOME SORT OF COMMITTEE, CONSISTING OF; MEMBER'S OF THE NATIVE (AMI) POPULATION, C.D.C.R. STAFF (I.E., WARDEN, A.W., FACILITY CAPTAIN, FACILITY SGT., SPIRITUAL ADVISOR'S/CHAPLAIN'S, AND OUTSIDE - NATIVE AMERICAN CONSULTANT'S, TO MEET REGULARLY, AND ADDRESS ANY ISSUE'S/CONCERN'S, AND RECTIFY THEM.

9) POSSIBLY MORE TO COME IN THE FUTURE!?!

11/21/2020
(Date)

(Signature of Plaintiff)

**California State Prison - Los Angeles County**
Name: Searching Bear Martin
CDC #: T99147
Facility C Building 1 Bed M6 low
P.O. Box 4610
Lancaster, CA 93539

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 14 2020
CENTRAL DISTRICT OF CA
BY

SANTA CLARITA CA 913
9 DEC 2020 PM 3 L

Hasler
12/09/2020
US POSTAGE $000.65[0]
FIRST-CLASS MAIL
ZIP 93536
011D11654181

C-1
CDCR STATE PRISON
GENERATED MAIL

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INDIGENT INMATE MAIL**

Confidential - legal mail.

U.S. district court - central district of CA.
Spring Street Federal courthouse.
312 N. Spring St.
Los Angeles, CA 90012-4701

Facility Post Office Boxes
Facility A - P.O. Box 4430
Facility B - P.O. Box 4490
Facility C - P.O. Box 4610
Facility D - P.O. Box 4670
Minimum (MSF) 4730
Legal Mail - P.O. Box 8457

9001234701 C004

**UNAUTHORIZED ITEMS WITHIN INMATE MAIL**

If mail contains these items, it will result in an issuance of a CDC Form 1819 Notification of Disapproval

- No padded, cardboard, or bubble wrap envelopes.
- No cardstock, sketch pads, construction paper or colored paper.
- No musical greeting cards, videos, CD's, or cassette tapes.
- No cash. No pens, pencils, or markers.
- No identification cards, credit cards, bank cards, phone cards, etc.
- No polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug paraphernalia. No photos, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts, displays, or describes sexual penetration or sexual acts.
- No gang affiliated material, hand gestures, or signs.
- No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers, glue and/or glitter.
- No tattoo patterns or tracing patterns. No jewelry.
- No mail containing unknown substance, any powder, liquid and/or solids.
- No unauthorized correspondence between inmates/parolees.
- No lipstick, perfume, cologne, and scents on the contents or envelope.
- No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of the mail policies and procedures.
- All incoming mail must have full return address.

11-24-20

**AUTHORIZED ITEMS WITHIN INMATE MAIL**

- 40 postage stamps/40 envelopes **(Prepaid postage must not show the date)**
- Letters/greeting cards
- 10 photographs (no larger than 8" x 10")
- Checks/money order with Inmates name and CDC#
- Writing paper (white/yellow lined only)
- Publications (books, magazines, newspapers) **MUST** come directly from vendor
- For funds to be mailed directly to Inmates account, send through www.jpay.com or (800) 574-5729