**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Richard Brian Martin | CASE NUMBER |
| | 2:20-cv-11342-SB-SHK |
| PLAINTIFF(S) | |
| v. | |
| Raybon C. Johnson et al | **NOTICE OF FILING OF COMPLAINT WITHOUT PREPAYMENT OF FILING FEES OR REQUEST TO PROCEED IN FORMA PAUPERIS** |
| DEFENDANT(S) | |

Plaintiff has submitted a complaint for filing. The filing fee has not been paid, nor has a Request to Proceed in Forma Pauperis been submitted. The case has been forwarded to the assigned magistrate judge for review.

December 15, 2020

Date

By Daniel Tamayo

Deputy Clerk