

FILED
CLERK, U.S. DISTRICT COURT

JAN 12 2021

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RICHARD BRIAN MARTIN #T99147 | CASE NUMBER |
|---|---|
| PRISONER/PLAINTIFF, | 2:20 cv 11342 - SB - SHK |
| v. | |
| RAYBON C. JOHNSON, et all | **REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT** |
| DEFENDANT(S). | |

I, RICHARD BRIAN MARTIN #T99147 , declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☒Yes ☐No

    a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:
    ZERO HOURS, AND ZERO PAY - DUE TO restriction(s) in place because of covid-19.

    b. State the place of your incarceration CSP - LAC .
    Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
    a. Business, profession or form of self-employment? ☐Yes ☒No
    b. Rent payments, interest or dividends? ☐Yes ☒No
    c. Pensions, annuities or life insurance payments? ☐Yes ☒No
    d. Gifts or inheritances? ☐Yes ☒No
    e. Any other income (other than listed above)? ☐Yes ☒No
    f. Loans? ☐Yes ☒No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: N/A

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.)  ☐ Yes  ☒ No

    If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the *six (6) months prior* to the date of this declaration.

    _____ N/A _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

    If the answer is yes, describe the property and state it approximate value: _____
    _____ N/A _____

5. In what year did you last file an Income Tax Return? __I've never filed a tax return__
   Approximately how much income did your last tax return reflect? __N/A__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
    _____ N/A _____
    _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__CALIFORNIA__  
State

__LANCASTER (Los Angeles)__  
County (or City)

I, __RICHARD BRIAN MARTIN #T99147__, declare under penalty of perjury that the foregoing is true and correct.

_____  
Date

_____  
Prisoner/Plaintiff (Signature)



**California State Prison - Los Angeles County**

Name: ROLAND BRIAN MARTIN
CDC #: T99147
Facility: C   Building: 1   Bed: 146 Low
P.O. Box 4610
Lancaster, CA 93539

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INDIGENT INMATE MAIL**

Facility Post Office Boxes
Facility A - P.O. Box 4430
Facility B - P.O. Box 4490
Facility C - P.O. Box 4610
Facility D - P.O. Box 4670
Minimum (MSF) 4730
Legal Mail - P.O. Box 8457

SANTA CLARITA CA 913
01/07/2021
US POSTAGE $000.50⁰
ZIP 93536
011D11654181
FIRST-CLASS MAIL

U.S. District Court
Central District of California
Office of the Clerk
255 E. Temple St., Room 180
Los Angeles, CA 90012

JAN 12 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

C-1
CDCR STATE PRISON
GENERAL MAIL
RECEIVED
CLERK, U.S. DISTRICT COURT

90012-333299

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statute to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $____0____ on account at the __CORRECTIONAL__ __(CSP-LAC)__ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $__0__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $__0__.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

__1/5/21__  
Date

_____
Authorized Officer of Institution (Signature)

| Date\Time: 1/5/2021 12:56:58 PM | | CDCR | Verified: _____ | | |
|---|---|---|---|---|---|
| Institution: LAC | | **Inmate Transaction List** | | | |
| **CDCR#:** T99147 | **Inmate Name:** MARTIN, RICHARD | | | **Unit:** C 001 1 | |
| **Start Date:** 06/01/2020 | **End Date:** 01/05/2021 | | | **Cell-Bed:** 146001 | |
| **Transaction Date** | **Transaction Type** | **Source Doc#** | **Receipt#/Check#** | **Amount** | **Account Balance** |
| 09/16/2020 1:01:58 PM | SALES | 59 | | $0.00 | $0.02 |