JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEARCHING BEAR MOLOKA'I MARTIN,<br><br>           Plaintiff,<br><br>     v.<br><br>RAYBON C. JOHNSON, et al.,<br><br>           Defendants. | Case No. 2:20-cv-11342-FWS-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: May 19, 2023

_____
HONORABLE FRED W. SLAUGHTER
United States District Judge